STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2001

at __ o'clock and __ min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 01 00095 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846 and 8 U.S.C. § 1326] |
| NOEL NUNEZ-CEDANO, aka (01) "Richard", | |
| MARTIN SORIA-GARCIA, aka (02) "Alex", | |
| JUAN MANUEL AQUINO-NAVARRO, (03) | |
| FELIPE DE JESUS AQUINO-NAVARRO, aka "Juan Lopez", (04) | |
| Defendants. | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about February, 2001, to and including March 8, 2001, in the District of Hawaii, and elsewhere,

      **NOEL NUNEZ-CEDANO**, aka "Richard",
      **MARTIN SORIA-GARCIA**, aka "Alex",
      **JUAN MANUEL AQUINO-NAVARRO**,
      **FELIPE DE JESUS AQUINO-NAVARRO**,
        aka "Juan Lopez",

defendants herein, did willfully and unlawfully conspire together with each other, and others known and unknown to the grand jury, to knowingly and intentionally possess with the intent to distribute, 1 kilogram or more of a mixture or substance containing Heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

    It was the object of the aforesaid conspiracy to possess with intent to distribute Heroin in Hawaii.

<u>OVERT ACTS</u>

    In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

    1. During February 2001, NUNEZ-CEDANO made a telephone call from Hawaii to JUAN AQUINO-NAVARRO and FELIPE DE JESUS AQUINO-NAVARRO in Mexico.

    2. On March 6, 2001, NUNEZ-CEDANO sent money via Western Union to Los Angeles to pay for the travel costs of JUAN AQUINO-NAVARRO and FELIPE DE JESUS AQUINO-NAVARRO.

    3. On March 8, 2001, NUNEZ-CEDANO ~~and SORIA-GARCIA~~ traveled to the Hilo Airport to meet JUAN AQUINO-NAVARRO and FELIPE DE JESUS AQUINO-NAVARRO.

4. On March 8, 2001, JUAN AQUINO-NAVARRO and FELIPE DE JESUS AQUINO-NAVARRO arrived at the Hilo Airport aboard a Hawaiian Airlines Flight.

5. On March 8, 2001, NUNEZ-CEDANO and SORIA-GARCIA kept approximately four pounds of heroin at NUNEZ-CEDANO's residence.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2:

The Grand Jury further charges that:

On or about March 8, 2001, within the District of Hawaii, the Defendant, **NOEL NUNEZ-CEDANO**, aka "Richard", was found in the United States after having been arrested and then removed from the United States on March 4, 2000, without first having obtained the consent of the Attorney General to re-enter

//
//
//
//
//
//
//
//
//
//
//

3

the United States, in violation of Title 8, United States Code, Section 1326(a).

DATED: ___March 21___, 2001 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. vs. Noel Nunez-Cedano, et al.
"Indictment"
Cr. No.

4